IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| EILEEN WALTER, | CV 17-58-BLG-TJC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Plaintiff has filed a second unopposed motion for extension of time to file her opening brief. (Doc. 13.) Good cause appearing, **IT IS ORDERED** that Plaintiff's opening brief shall be filed no later than November 9, 2017. Defendant's response brief is due December 11, 2017, and Plaintiff's reply is due December 29, 2017.

DATED this 23rd day of October, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge